**No. 61216.**—Rohner Gehrig Co., Inc., and Sanford Products Corp. *v.* United States, protest 296890–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of spark wheels the same in all material respects as those the subject of *Waterbury Lock & Specialty Co.* v. *United States* (17 Cust. Ct. 87, C. D. 1025), the claim of the plaintiffs was sustained.

**No. 61217.**—Schultz Surgical Instrument Co. *v.* United States, protest 296200–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61218.**—S. S. Kresge Co. *v.* United States, protests 289013–K and 293053–K (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of aquarium sea moss similar in all material respects to that the subject of *Westchester Aquarium Supply Co.* v. *United States* (36 Cust. Ct. 146, C. D. 1767), the claim of the plaintiff was sustained.